**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Maria Guadalupe ESPINOZA–CRUZ,**
**also known as Maria Guadalupe Es-**
**pinosa–Cruz, Defendant–Appellant.**

No. 08–50035
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 13, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Timothy Andrew Hootman, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and DENNIS and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Maria Guadalupe Espinoza–Cruz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Espinoza–Cruz has not filed a response in English as instructed. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ther responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.